**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Harry Edward Bundy, Jr. v. ADESA Houston d/b/a ADESA
Inc.

Appellate case number:    01-17-00863-CV

Trial court case number:  2016-87130

Trial court:              129th District Court of Harris County

The Clerk of this Court's December 28, 2017 notice directed the district clerk to file an indigent clerk's record regarding the pro se appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" ("Statement").  On January 5, 2018, the district clerk filed an original clerk's record containing, among other things, appellant's Statement, filed on November 21, 2017, but no trial court's order denying it.

Rule of Appellate Procedure 20.1 provides that a party who files such a Statement in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145."  TEX. R. APP. P. 20.1(b)(1).  Because appellant's indigence was not overruled by the trial court, appellant is not required to pay costs.  *See id.*

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment for purposes of the filing, clerk's, and reporter's record fees.  Furthermore, because appellant is proceeding pro se, the Court **ORDERS** the district clerk to mail a copy of the clerk's record and the reporter's record, filed in this Court on December 4, 2017, to appellant, at no cost to appellant, **within 20 days of the date of this Order**, and shall further certify to this Court the date when delivery is made **within 30 days** of the date of this Order.  Appellant is **ORDERED** to file his appellate brief no later than **60 days** from the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(2).

It is so ORDERED.

Judge's signature:    /s/ Laura C. Higley

        ☑ Acting individually    ☐ Acting for the Court

Date: January 11, 2018